■ ELEANOR FEIFER, Respondent, v. SCAROON HOTEL CORPORATION, Appellant.— In an action to recover damages for personal injuries, the appeal is from a judgment entered on a jury verdict for $8,500 in favor of respondent. Respondent was injured in appellant's hotel when she tripped over a torn and defective rug in her room therein. Judgment reversed and a new trial granted, with costs to abide the event, unless respondent, within 10 days after the entry of the order hereon stipulates to reduce the verdict to $5,000, in which event the judgment as so reduced is unanimously affirmed, without costs. In our opinion, the verdict, as rendered, was excessive. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of LEOPOLDO ANNUNZIATA, Petitioner, against CHARLES L. PATTERSON et al., as COMMISSIONERS OF THE NEW YORK CITY TRANSIT AUTHORITY, Respondents.— This proceeding to review a determination of the New York City Transit Authority, dismissing petitioner from his position of surface line operator, has been transferred to this court (Civ. Prac. Act, § 1296). Determination unanimously confirmed, without costs. The determination is supported by substantial evidence (Matter of Schnitzler v. Casey, 283 App. Div. 1092). Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.